# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3478

_____

| | | |
|---|---|---|
| William Frank Jones, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Charles Pillow, P.A., Diagnostic Unit | * | Eastern District of Arkansas. |
| Infirmary, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| Marvin Rhode, Dr., Cummins Prison | * | |
| Infirmary, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| Asemota, Dr., Cummins Prison | * | |
| Infirmary, | * | |
| | * | |
| Appellee, | * | [UNPUBLISHED] |
| | * | |
| Griffin, Mr., Infirmary Manager, | * | |
| Cummins Prison Infirmary; Crystal | * | |
| Jackson Coburn, Records Supervisor, | * | |
| Cumins Prison Infirmary; PHP | * | |
| Healthcare Corporation; Bill Terry, | * | |
| Mr., Classification Officer, Cummins | * | |
| Prison; M. D. Reed, Warden, Cummins | * | |
| Prison; Max Mobley, Dr., Assistant | * | |
| Director of Treatment, Central Office, | * | |
| Arkansas Department of Correction; | * | |

David Rowe, Dr., Medical Director,     *
Diagnostic Unit Infirmary; Larry     *
Norris, Director, Central Office;     *
Correctional Medical Services,     *
   *
      Defendants.     *

_____

Submitted: June 5, 2001
Filed: June 7, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate William Jones appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference. Because our de novo review of the summary judgment record confirms that the undisputed evidence shows appellees did not disregard Jones's serious medical need, or delay or deny him access to medical care, Jones's deliberate-indifference claims fail. See Estelle v. Gamble, 429 U.S. 97, 107 (1976); Long v. Nix, 86 F.3d 761, 765 (8th Cir. 1996); Bellecourt v. United States, 994 F.2d 427, 431 (8th Cir. 1993), cert. denied, 510 U.S. 1109 1994). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.